## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CORRECT CRAFT IP HOLDINGS, LLC**,
a Florida limited liability company,

       Plaintiff,

       vs.                          **CASE NO. 6:09-cv-813-Orl-28KRS**

**MALIBU BOATS, LLC**, a Delaware limited liability company; and **DANMARK INTERNATIONAL, INC.**, d/b/a **CENTRAL FLORIDA BOATING CENTER**, a Florida corporation,

       Defendants.
_____/

**MALIBU BOATS, LLC**, a Delaware limited liability company; and **DANMARK INTERNATIONAL, INC.**, d/b/a **CENTRAL FLORIDA BOATING CENTER**, a Florida corporation,

       Counterclaimants,

       vs.

**CORRECT CRAFT, INC.,** a Florida corporation; and **CORRECT CRAFT IP HOLDINGS, LLC**, a Florida limited liability company,

       Counterclaim Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Correct Craft IP Holdings, LLC., and Defendants, Malibu Boats, LLC, and Danmark International, Inc., d/b/a Central Florida Boating Center, by their counsel, hereby submit this stipulation of dismissal of all causes of action alleged

herein by each party, with prejudice, pursuant to Fed. R. Civ. P. 41.  Each party shall bear its own attorneys' fees, costs and expenses.

    Dated:  April 29, 2010.

| | |
|---|---|
| /s/Brian R. Gilchrist | /s/Douglas G. Muehlhauser |
| Brian R. Gilchrist | Douglas G. Muehlhauser, Esq. |
| Florida Bar No. 774065 | California Bar No. 179495 |
| bgilchrist@addmg.com | dmuehlhauser@kmob.com |
| Herbert L. Allen | Craig S. Summers, Esq. |
| Florida Bar No. 114126 | California Bar No. 108688 |
| hallen@addmg.com | csummers@kmob.com |
| Ryan T. Santurri | **KNOBBE, MARTENS, OLSON** |
| Florida Bar No. 0015698 |   **& BEAR, LLP** |
| rsanturri@addmg.com | 2040 Main Street, 14th Floor |
| **ALLEN, DYER, DOPPELT, MILBRATH** | Irvine, CA  92614-3641 |
| **& GILCHRIST, P.A.** | Telephone:   949-760-0404 |
| 255 South Orange Avenue, #1401 | Facsimile:   949-760-9502 |
| Post Office Box 3791 | |
| Orlando, FL  32802-3791 | AND |
| Telephone:   407-841-2330 | |
| Facsimile:   407-841-2343 | Timothy J. Goodson, Esq. |
| | California Bar No. 244649 |
| COUNSEL FOR PLAINTIFF | timothy.goodson@kmob.com |
| | **KNOBBE, MARTENS, OLSON** |
| |   **& BEAR, LLP** |
| | One Sansome Street, Suite 3500 |
| | San Francisco, CA  94104 |
| | Telephone:   415-954-4114 |
| | Facsimile:   415-954-4111 |
| | |
| | TRIAL COUNSEL FOR DEFENDANTS |
| | |
| | AND |

Richard E. Mitchell, Esq.
Florida Bar No. 0168092
rmitchell@gray-robinson.com
Jeffrey D. Keiner, Esq.
Florida Bar No. 181678
jkeiner@gray-robinson.com
Guy S. Haggard, Esq.
Florida Bar No. 372005
ghaggard@gray-robinson.com
**GrayRobinson, P.A.**
301 East Pine Street, Ste. 1400
Post Office Box 3068
Orlando, FL  32802-3068
Telephone:    407-843-8880
Facsimile:     407-244-5690

LOCAL COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2010, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Trial Counsel for Defendants:

Craig S. Summers, Esq.
California Bar No. 108688
csummerse@kmob.com
Douglas G. Muehlhauser, Esq.
California Bar No. 179495
dmuehlhauser@kmob.com
KNOBBE, MARTENS, OLSON
   & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614-3641

and

Timothy J. Goodson, Esq.
California Bar No. 244649
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON
   & BEAR, LLP
One Sansome Street, Suite 3500
San Francisco, CA  94104

Local Counsel for Defendants:

Jeffrey D. Keiner, Esq.
Florida Bar No. 181678
jkeiner@gray-robinson.com
Guy S. Haggard, Esq.
Florida Bar No. 372005
ghaggard@gray-robinson.com
Richard E. Mitchell, Esq.
Florida Bar No. 0168092
rmitchell@gray-robinson.com
GRAYROBINSON, P.A.
Post Office Box 3068
Orlando, FL  32802-3068

*/s/Brian R. Gilchrist*